UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER R. PARDUN, <br>    Petitioner, <br> vs. <br> UNITED STATES OF AMERICA, <br>    Respondent. | No. CR-90-0189-JLQ <br> No. CV-06-0031-JLQ <br><br> ORDER DISMISSING PETITION |
| UNITED STATES OF AMERICA,, <br>    Plaintiff, <br> vs. <br> CHRISTOPHER R. PARDUN, <br>    Defendant. | |

By Order filed March 8, 2006, the court directed Mr. Pardun, acting *pro se* in this action, to show cause why the petition should not be denied as clearly untimely under 28 U.S.C. § 2255, as amended by the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA), having been filed some 15 years after the challenged conviction was final. The court cautioned that if the petitioner should default, the court would sua sponte file an order dismissing the petition for failing to meet the AEDPA's statute of limitations. The March 31, 2006 deadline for complying with the court's Order has passed and nothing further has been filed. Accordingly, **IT HEREBY ORDERED** that the Petition is **DISMISSED with prejudice** as time-barred.

**IT IS SO ORDERED.** The Clerk shall enter this Order, enter judgment of dismissal with prejudice, provide a copy to Petitioner at the Spokane County Jail and counsel for the Government, and close this file.

**DATED** this 14th day of April 2006.

                        s/ Justin L. Quackenbush <br>
                    JUSTIN L. QUACKENBUSH <br>
          SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1